IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYVIA FERRIERA TOLEDO,   Petitioner,   v.   MICHAEL CHERTOFF, et al.,   Respondents. | No. C-09-0239 MMC   **ORDER DISMISSING ACTION** |

On January 30, 2009, the Court dismissed petitioner's petition for a writ of habeas corpus with leave to file, no later than February 27, 2009, an amended petition curing the deficiencies noted by the Court. (See Order filed Jan. 30, 2009, at 4.) To date, no such amended petition has been filed.

Accordingly, the above-titled action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: March 5, 2009

MAXINE M. CHESNEY
United States District Judge