IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYVIA FERRIERA TOLEDO,

        Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

        Respondents..
                                          /

No. CV-09-0239 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice.

Dated: March 5, 2009

                                                Richard W. Wieking, Clerk

                                                By: Tracy Lucero
                                               Deputy Clerk